# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of May, two thousand and thirteen.

_____

United States of America,

  Appellee,

              v.

Peter S. Grimm, Dominick P. Carollo, Steven E. Goldberg,

  Defendants-Appellants,

UBS AG, UBS Securities LLC, UBS Financial Services, Inc.,

  Intervenors.

                          **ORDER**
                          Docket Nos. 12-4310(L)
                                       12-4365(Con)
                                       12-4371(Con)

_____

    IT IS HEREBY ORDERED that the appellants are GRANTED an extension until June 7, 2013 to file their reply briefs and an extension until June 14, 2013 to file the deferred appendix.

                                                                            For the Court:

                                                                            Catherine O'Hagan Wolfe,
                                                                            Clerk of Court

